**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND COALITION AGAINST
DOMESTIC VIOLENCE,

CALIFORNIA PARTNERSHIP TO END
DOMESTIC VIOLENCE,

COLORADO COALITION AGAINST
SEXUAL ASSAULT,

DISTRICT OF COLUMBIA COALITION
AGAINST DOMESTIC VIOLENCE,

END DOMESTIC ABUSE WISCONSIN: THE
WISCONSIN COALITION AGAINST
DOMESTIC VIOLENCE,

IDAHO COALITION AGAINST SEXUAL
AND DOMESTIC VIOLENCE,

IOWA COALITION AGAINST DOMESTIC
VIOLENCE,

Case No. 25-cv-00279

JANE DOE INC., THE MASSACHUSETTS
COALITION AGAINST SEXUAL ASSAULT
AND DOMESTIC VIOLENCE,

KANSAS COALITION AGAINST SEXUAL
AND DOMESTIC VIOLENCE,

MONTANA COALITION AGAINST
DOMESTIC AND SEXUAL VIOLENCE,

NORTH CAROLINA COALITION AGAINST
DOMESTIC VIOLENCE,

OREGON COALITION AGAINST
DOMESTIC AND SEXUAL VIOLENCE,

PENNSYLVANIA COALITION AGAINST
DOMESTIC VIOLENCE,

VALORUS,

VIOLENCE FREE MINNESOTA,

VIRGINIA SEXUAL AND DOMESTIC

WISCONSIN COALITION AGAINST
SEXUAL ASSAULT,

    *Plaintiffs,*

v.

PAMELA BONDI, in her official capacity as
United States Attorney General,

UNITED STATES DEPARTMENT OF
JUSTICE,

GINGER BARAN LYONS, in her official
capacity as Acting Director of the Office on
Violence Against Women,

OFFICE ON VIOLENCE AGAINST WOMEN,

    *Defendants.*

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Plaintiffs Rhode Island Coalition Against Domestic Violence; California Partnership to End

Domestic Violence; Colorado Coalition Against Sexual Assault; District of Columbia Coalition

Against Domestic Violence; End Domestic Abuse Wisconsin: The Wisconsin Coalition Against

Domestic Violence; Idaho Coalition Against Sexual and Domestic Violence; Iowa Coalition

Against Domestic Violence; Jane Doe Inc., The Massachusetts Coalition Against Sexual Assault

and Domestic Violence; Kansas Coalition Against Sexual and Domestic Violence; Montana

Coalition Against Domestic and Sexual Violence; North Carolina Coalition Against Domestic

Violence; Oregon Coalition Against Domestic and Sexual Violence; Pennsylvania Coalition

Against Domestic Violence; ValorUS; Violence Free Minnesota; Virginia Sexual and Domestic

Violence Action Alliance; and Wisconsin Coalition Against Sexual Assault certify that they are

nonprofit organizations with no corporate parent. They are also not publicly held.

1

June 16, 2025

Respectfully submitted,

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*/s/ Kristin Bateman*
Kristin Bateman (Cal. Bar No. 270913)[+] [^]
Robin F. Thurston (D.C. Bar No. 1531399)[+]
Skye L. Perryman (D.C. Bar No. 984573)[+]
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)[+]
Lynn D. Eisenberg (D.C. Bar No. 1017511)[+][*]
Kyla M. Snow (OH Bar No. 96662)[+][^]
Nina Cahill (D.C. Bar No. 1735989)[+]
Jacobson Lawyers Group PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

*/s/ Lynette Labinger*
Lynette Labinger (RI Bar # 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*/s/ Lauren A. Khouri*
Lauren A. Khouri (D.C. Bar No. 10282288)[+]
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005

2

Telephone: (202) 588-5180
Fax: (202) 588-5185
lkhouri@nwlc.org

+ *Admitted pro hac vice*
\* Of Counsel
^Not admitted in the District of Columbia; practice supervised by members of the D.C. bar.

*Counsel for Plaintiffs*

3