IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE *et al.*,

*Plaintiffs,*

v.

PAMELA BONDI *et al.*,

*Defendants.*

Case No. 1:25-cv-00279

INDEX OF EXHIBITS IN SUPPORT OF

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| EX. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | State Coalition Notice of Funding Opportunity (NOFO) |
| 2 | Declaration of Brielyn Akins, Executive Director at the Colorado Coalition Against Sexual Assault |
| 3 | Declaration of Krista Colón, Executive Director at the California Partnership to End Domestic Violence |
| 4 | Declaration of Dawn Dalton, Executive Director at the District of Columbia Coalition Against Domestic Violence |
| 5 | Declaration of Kirsten Faisal, Director of Training and Technical Assistance at the Iowa Coalition Against Domestic Violence (Exhibit A attached) |
| 6 | Declaration of Carianne Fisher, Executive Director at the North Carolina Coalition Against Domestic Violence |
| 7 | Declaration of Sandra Henriquez, Chief Executive Officer at ValorUS |
| 8 | Declaration of Susan Higginbotham, Chief Executive Director at the Pennsylvania Coalition Against Domestic Violence |
| 9 | Declaration of Kelly Moe Litke, Executive Director of the Wisconsin Coalition Against Sexual Assault, Inc. |
| 10 | Declaration of Guadalupe Lopez, Executive Director of Violence Free Minnesota |
| 11 | Declaration of Michelle McCormick, Executive Director at the Kansas Coalition Against Sexual and Domestic Violence |
| 12 | Declaration of Monique Minkens, Executive Director of End |

1

|    | |
|----|---|
|    | Domestic Abuse Wisconsin: the Wisconsin Coalition Against Domestic Violence |
| 13 | Declaration of Keri Moran-Kuhn, Executive Director at Oregon Coalition Against Domestic and Sexual Violence |
| 14 | Declaration of Lucy Rios, Executive Director at the Rhode Island Coalition Against Domestic Violence (Exhibits A, B, and C attached) |
| 15 | Declaration of Hema Sarang-Sieminski, Executive Director at Jane Doe Inc., The Massachusetts Coalition Against Sexual Assault and Domestic Violence |
| 16 | Declaration of Tai Simpson-Bruce, Collective Stewardship, Co-Director at Idaho Coalition Against Sexual and Domestic Violence |
| 17 | Declaration of Kelsen Young, Executive Director at the Montana Coalition Against Domestic and Sexual Violence |
| 18 | Declaration of Jonathan Yglesias, Director of Mission Advancement at Virginia Sexual and Domestic Violence Action Alliance |