# EXHIBIT 1

OMB No. 1122-0020 | Approval Expires 05/31/2025



# U.S. Department of Justice
# Office on Violence Against Women

## OVW Fiscal Year 2025 State and Territory Domestic Violence and Sexual Assault Coalitions Program

**Grants.gov Funding Opportunity Number**
O-OVW-2025-172396
**Assistance Listing Number**
16.556

## Application Due

Deadline to submit Standard Form/SF-424 in Grants.gov: June 23, 2025, by 11:59 PM Eastern Time
Deadline to submit application in JustGrants: June 25, 2025, by 8:59 PM Eastern Time

# Contents

## Basic Information ...................................................................... 4

Executive Summary .............................................................. 4

Key Dates .......................................................................... 5

Contact Information .............................................................. 5

Resources for Applying.......................................................... 5

## Eligibility .................................................................................. 6

Eligible Applicants................................................................ 6

Ineligible Entities and Disqualifying Factors ............................... 7

## Program Description.................................................................. 7

Purpose Areas .................................................................... 7

Priorities ............................................................................ 8

Program Requirements.......................................................... 9

Limited Use of Funds ........................................................... 11

Activities Requiring Prior Approval .......................................... 11

Type of Award ................................................................... 11

## Application Contents and Format............................................ 11

Application Contents ........................................................... 11

Formatting and Technical Requirements ................................... 12

Proposal Abstract .............................................................. 13

Data Requested with Application ............................................ 13

Summary Data Sheet............................................................ 13

Proposal Narrative .............................................................. 13

Budget and Associated Documentation .................................... 16

Additional Application Components .......................................... 19

Disclosures and Assurances.................................................. 21

## Submission Requirements and Deadlines................................ 22

Prior to Application Submission .............................................. 22

How to Apply..................................................................... 23

Submission Dates and Times ................................................. 24

## Application Review Information................................................ 24

Review Criteria .................................................................. 24

Risk Review ........................................................................................................ 24

## Award Notices ............................................................. 25

## Post-Award Requirements and Administration ................... 25

Administrative, National Policy, and Other Legal Requirements ................................ 25

Post-Award Reporting Requirements ................................................................ 26

## Other Information ....................................................... 26

Public Reporting Burden - Paperwork Reduction Act Notice ..................................... 26

Appendix A: Pre-Award Risk Assessment .......................................................... 27

Appendix B: Summary Data Sheet ................................................................... 29

# Basic Information

The U.S. Department of Justice (DOJ), Office on Violence Against Women (OVW) is accepting applications for funding in response to this Notice of Funding Opportunity (NOFO). Created in 1995, OVW administers grant programs authorized by the Violence Against Women Act (VAWA) and subsequent legislation and provides national leadership on issues of domestic violence, dating violence, sexual assault, and stalking. OVW grants support coordinated community responses that provide services to victims and hold offenders accountable.

## Executive Summary

The OVW State and Territory Domestic Violence and Sexual Assault Coalitions Program, (Coalitions Program) supports the critical work of state and territory domestic violence and sexual assault coalitions and is a set-aside program under the OVW STOP Violence Against Women Formula Grant Program statute. These organizations play an important role in advancing the goal of ending domestic violence, dating violence, sexual assault, and stalking.

This program also includes a statutory set-aside from the Sexual Assault Services Program (SASP) statute, specifically for state and territory sexual assault coalitions.

| Funding Opportunity Details | |
|---|---|
| Federal Agency Name | U.S. Department of Justice, Office on Violence Against Women |
| Funding Opportunity Title | OVW FY 2025 State and Territory Domestic Violence and Sexual Assault Coalitions Program |
| Announcement Type | Initial |
| Grants.gov Funding Opportunity Number | O-OVW-2025-172396 |
| Assistance Listing Number | 16.556 |
| Statutory Authority | 34 U.S.C. § 10441(c) and 34 U.S.C. § 12511(d) |
| Expected Total Amount of Funding | $20,385,400 |
| Anticipated Number of Awards | 87 |
| Expected Award Amount(s) | up to $364,025 |
| Expected Award Period(s) | 12 months |

## Key Dates

This table contains deadlines and other important dates.

| Key Dates | |
|---|---|
| **Funding Opportunity Release Date** | May 20, 2025 |
| **Sam.gov Registration/Renewal** | Recommend completing process by TBD |
| **Grants.gov Registration/Renewal** | Recommend completing process by TBD |
| **Grants.gov Deadline** | June 23, 2025, by 11:59 PM Eastern Time (ET) |
| **JustGrants Deadline** | June 25, 2025, by 8:59 PM ET |
| **Anticipated Award Notification Date** | October 1, 2025 |

## Contact Information

For assistance with the application process or questions about this funding opportunity, contact the resources listed below.

| Contact Information | |
|---|---|
| **OVW Contact** | Phone: 202-307-6026<br>Email: OVW.StateCoalitions@usdoj.gov |
| **For assistance with SAM.gov** | Phone: 866-606-8220<br>Website: https://sam.gov/content/help<br>Hours of Operation: 8:00 a.m. to 8:00 p.m. ET Monday-Friday |
| **For assistance with Grants.gov** | Phone: 800-518-4726<br>Email: support@grants.gov<br>Website: https://www.grants.gov/support<br>Hours of operation: 24 hours a day, 7 days a week (closed federal holidays) |
| **For assistance with JustGrants** | Phone: 866-655-4482<br>Email: OVW.JustGrantsSupport@usdoj.gov |

## Resources for Applying

- Application Companion Guide
- Resources for Applicants page

- Budget Information on OVW Website
- JustGrants Application Submission Training

# Eligibility

## Eligible Applicants

Pursuant to 34 U.S.C § 10441(c), the list of eligible entities for this program is determined by the Department of Health and Human Services. As of **April 4, 2025**, the entities listed below are eligible to apply for this program. This list may be subject to change, in which case OVW will notify any affected coalition as soon as possible.

| Eligible Entity | STOP Coalitions Set-Asides | SASP Coalitions Set-Aside |
|---|---|---|
| Domestic violence coalitions: current list of eligible domestic violence coalitions can be found at:<br><br>State and Territory Coalitions | Domestic violence coalitions are eligible for funding through the STOP set-aside for domestic violence coalitions and should provide programming, activities, and budget details addressing the purpose areas of this program. | Domestic violence coalitions receive funding from the STOP set-aside for domestic violence coalitions and are **not** eligible for funding appropriated through the SASP set- aside for sexual assault coalitions. |
| Sexual assault coalitions: current list of eligible sexual assault coalitions can be found at:<br><br>State and Territory Coalitions | Sexual assault coalitions are eligible for funding through the STOP set-aside for sexual assault coalitions and should provide programming, activities, and budget details addressing the purpose areas of this program. | Sexual assault coalitions are eligible for funding through the SASP coalitions set-aside and should provide programming, activities, and budget details addressing the purpose areas of the SASP coalitions set- aside, in addition to addressing the purpose areas of the STOP set-aside for sexual assault coalitions. |
| Dual coalitions: coalitions that appear on both the list of eligible sexual assault coalitions and the list of eligible domestic violence coalitions are eligible as dual coalitions.<br><br>The lists can be found at: State and Territory Coalitions | Dual coalitions are eligible for funding through both the STOP set-aside for domestic violence coalitions and the STOP set-aside for sexual assault coalitions and should provide programming, activities, and budget details addressing the purpose areas of this program, with funding evenly divided between domestic violence and sexual assault activities. | Dual coalitions are eligible for funding through the SASP coalitions set-aside, in addition to being eligible for both the STOP set-aside for domestic violence coalitions and the STOP set-aside for sexual assault coalitions. Applicants should provide programming, activities, and budget details that address the purpose areas of the STOP set-aside for domestic violence coalitions, the STOP set-aside for sexual assault coalitions, and the SASP coalitions set-aside. |

## Ineligible Entities and Disqualifying Factors

Applications submitted by ineligible entities will not be considered for funding. In addition, incomplete or late applications may not be funded or may result in a delay in access to funds. Should an organization that was eligible at the time of application become ineligible or disqualified, that organization will not be considered for funding. For example, an applicant may no longer be eligible because HHS revised its list of designated coalitions (see 34 U.S.C § 10441(c)), or an applicant may be disqualified if the applicant is debarred from receiving federal funding or dissolves its corporate status.

In addition, an application deemed deficient in one or more of the following areas will result in a delay in access to funds:

1. Risk review
2. Completeness of application contents
3. Meeting deadlines

A delay in access to funds will also result if the applicant does not comply fully with all applicable unique entity identifier and SAM.gov requirements (see Submission Requirements and Deadlines section for more information on these requirements).

**Note:** Any nonprofit organization that holds money in offshore accounts for the purpose of avoiding paying the tax described in section 511(a) of the Internal Revenue Code is not eligible for a grant from this program. See 34 U.S.C. § 12291(b)(15)(B)(ii).

### Cost-Sharing

This program has no matching or cost-sharing requirement.

# Program Description

This NOFO is authorized by 34 U.S.C. § 10441(c) and 34 U.S.C. § 12511(d). For a brief description of this NOFO, see the Executive Summary.

## Purpose Areas

Pursuant to 34 U.S.C. § 10441(c), funds under the STOP set-aside for domestic violence coalitions and sexual assault coalitions must be used for one or more of the following purposes:

1. Coordinating state and territory victim services activities.
2. Collaborating and coordinating with federal, state, territory, and local entities engaged in violence against women activities.

Examples of activities that may be supported include:

a) Providing training and technical assistance (TTA) to programs that provide direct services to victims of domestic violence, dating violence, sexual assault, and stalking.

b) Expanding the technological capacity of coalitions and/or programs that provide direct services to victims of domestic violence, dating violence, sexual assault, and stalking,

c) Developing or enhancing appropriate standards of services for programs that provide direct services to victims of domestic violence, dating violence, sexual assault, and stalking.

d) Conducting statewide, regional and/or community-based meetings or trainings for victim advocates, legal service providers, criminal and/or civil justice representatives, health care professionals, and professionals from educational institutions.

e) Bringing local programs that provide direct services to victims of domestic violence, dating violence, sexual assault, and stalking together to identify gaps in services and to coordinate activities to address gaps and enhance services for survivors.

f) Engaging in activities that promote coalition-building at the local and/or state and territory level.

g) Coordinating at the federal, state, and territory level with courts, law enforcement or prosecution agencies to enhance access to safety and justice for victims.

Eligible sexual assault coalitions or dual domestic violence and sexual assault coalitions will receive additional funding from SASP's state and territory sexual assault coalitions set-aside to support the maintenance and expansion of state and territory sexual assault coalitions.

Pursuant to 34 U.S.C. § 12511(d)(2), SASP grant funds must be used for one or more of the following statutory purposes.

a) Working with local sexual assault programs and other providers of direct services to encourage appropriate responses to sexual assault within the state or territory.

b) Working with judicial or law enforcement agencies to encourage appropriate responses to sexual assault cases.

c) Working with courts, child protective services agencies, and children's advocates to develop appropriate responses to child custody and visitation issues when sexual assault has been determined to be a factor.

d) Designing and conducting public education campaigns.

e) Planning and monitoring the distribution of grants and grant funds to their state or territory.

f) Collaborating with and informing federal, state, or local public officials and agencies to develop and implement policies to reduce or eliminate sexual assault.

## Priorities

Coalitions are encouraged to develop and support projects, to the extent consistent with the program's authorizing statute, that substantively address one or more of the priorities listed below:

1. Measures to combat human trafficking and transnational crime, particularly crimes linked to illegal immigration and cartel operations, that support safety and justice for trafficking victims who have also suffered domestic violence, sexual assault, dating violence, and/or stalking.

2. Projects to support enhanced victim services, especially housing, and improve law enforcement response in rural and remote areas, Tribal nations, and small towns that often lack resources to effectively combat domestic violence and sexual assault.

## Program Requirements

Applicants that receive funding under this NOFO will be required to engage in the following activities:

1. Participate in OVW-sponsored training and technical assistance (TTA).

2. Collect and report performance indicators. Forms, instructions, training, and related tools for each OVW program are available on the VAWA Measuring Effectiveness Initiative webpage.

3. Participate in an assessment or evaluation, if OVW conducts one that requires recipient involvement.

4. For new Coalition Directors, attend new grantee orientation (NGO). New Coalition Directors unable to attend an NGO will be required to view recordings of the NGO sessions. New Coalition Directors are defined as individuals who were not in their position at the time of the last live-virtual NGO for Formula recipients.

5. Board of Directors Leadership (e.g. President, Vice President, Treasurer, and Secretary), attend an OVW Coalition Board Training. If there is a change in the Board during the project period, the new Board officer(s) must receive the training in accordance with the award conditions.

### Program-Specific Unallowable Costs

Applicants proposing activities described below will be asked to remove them from the application and may experience a delay in access to funds.

### Activities that Compromise Victim Safety and Recovery or Undermine Offender Accountability

OVW will not fund activities that compromise victim safety and recovery, deter healing for victims, and/or undermine offender accountability. See the Application Companion Guide for more details about these activities, including program-specific information.

### Out-of-Scope Activities

The activities listed below are out of the program scope and will not be funded.

1. Research projects. Funds under this program may not be used to conduct research, defined by 28 C.F.R. § 46.102(d) as a systematic investigation designed to develop or contribute to generalizable knowledge. However, assessments conducted for internal improvement purposes only may be allowable. For information on distinguishing between research and assessments, see the Application Companion Guide.

2. Promoting or facilitating the violation of federal immigration law.

3. Inculcating or promoting gender ideology as defined in Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.
4. Promoting or facilitating discriminatory programs or ideology, including illegal DEI and "diversity, equity, inclusion, and accessibility" programs that do not advance the policy of equal dignity and respect, as described in Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*. This prohibition is not intended to interfere with any of OVW's statutory obligations, such as funding for HBCUs, culturally specific services, and disability programs.
5. Activities that frame domestic violence or sexual assault as systemic social justice issues rather than criminal offenses (e.g., prioritizing criminal justice reform or social justice theories over victim safety and offender accountability).
6. Generic community engagement or economic development without a clear link to violence prevention, victim safety, or offender accountability.
7. Programs that discourage collaboration with law enforcement or oppose or limit the role of police, prosecutors, or immigration enforcement in addressing violence against women.
8. Awareness campaigns or media that do not lead to tangible improvements in prevention, victim safety, or offender accountability.
9. Initiatives that prioritize illegal aliens over U.S. citizens and legal residents in receiving victim services and support.
10. Excessive funding for consulting fees, training, administrative costs, or other expenses not related to measurable violence prevention, victim support, and offender accountability.
11. Any activity or program that unlawfully violates an Executive Order.
12. Direct services for victims.
13. Prevention efforts (except when funded with SASP dollars).
14. Activities addressing human trafficking unrelated to domestic violence, dating violence, sexual assault, or stalking.
15. Activities addressing missing or murdered indigenous persons (MMIP) unrelated to domestic violence or sexual assault.

**Note:** Recipients should serve all eligible victims as required by statute, regulation, or award condition.

Other Unallowable Costs

Grant funds may not be used for the following costs:

1. Lobbying.
2. Fundraising.
3. Purchase of real property.
4. Physical modifications to buildings, including minor renovations (such as painting or carpeting).
5. Construction.

## Limited Use of Funds

Recipients of an award under this NOFO may use up to one percent of the funds to assess the need for internal improvements (e.g. convening listening sessions to identify service gaps in the community; surveying participants about the quality of the training.) The OVW research decision tree in the Application Companion Guide describes how applicants can ensure that such assessments are not prohibited human subjects research.

## Activities Requiring Prior Approval

Recipients must receive prior approval before using grant funds to support surveys, regardless of their purpose, to ensure they are within the scope of the award and meet the requirements of the Paperwork Reduction Act (see the Application Companion Guide for more information).

## Type of Award

Awards will be made as grants.

# Application Contents and Format

## Application Contents

Applications must include all application items listed in the checklist below. Applications that do not include ALL the items below will be considered substantially incomplete and will result in a delay in access to funds.

**Application Content and Submission Checklist**

| Application Item | Required? | Submission Type | Submission Website | Date Completed |
|---|---|---|---|---|
| Proposal Abstract | Yes | Attachment | JustGrants | |
| Application for Federal Assistance: SF-424 | Yes | Online Form | Grants.gov | |
| Pre-Award Risk Assessment | Yes | Online Form | JustGrants | |
| Summary Data Sheet | Yes | Attachment | JustGrants | |
| Proposal Narrative | Yes | Attachment | JustGrants | |

| Application Item | Required? | Submission Type | Submission Website | Date Completed |
|---|---|---|---|---|
| Budget<br>&bull; Budget worksheet and narrative | Yes | Attachment | JustGrants | |
| Indirect Cost Rate Agreement (If applicable) | If applicable | Attachment | JustGrants | |
| Financial Capability Questionnaire | If applicable | Attachment | JustGrants | |
| Certification Regarding Out-of-Scope Activities | Yes | Attachment | JustGrants | |
| Letter of Nonsupplanting | Yes | Attachment | JustGrants | |
| Confidentiality Notice Form | Yes | Attachment | JustGrants | |
| Disclosure of Lobbying Activities | If applicable | Attachment | JustGrants | |
| List of Coalition Board Members and Board Information | Yes | Attachment | JustGrants | |

## Formatting and Technical Requirements

Applications must follow the requirements below for all attachments, unless otherwise noted.

1. Double-spaced text (charts may be single-spaced)
2. 8½ x 11-inch pages
3. One-inch margins
4. Arial font, type no smaller than 11-point, except for footnotes, which may be 9-point
5. Correctly numbered pages
6. No more than 10 pages for the Proposal Narrative
7. Documents in the following formats: Microsoft Word (.doc), PDF files (.pdf), or Text Documents (.txt)
8. Headings and sub-headings that correspond to those identified below for each application component

## Proposal Abstract

The Proposal Abstract must provide a short summary (no more than 2000 characters) of the proposed project, including names of lead applicant and project partners, project title, purpose of the project, primary activities for which funds are requested, who will benefit (including geographic area to be served), and products and deliverables. The abstract should not summarize past accomplishments. The Proposal Abstract must be submitted as an attachment under the Additional Application Components section in JustGrants. It will not be scored but will be used throughout the review process.

## Data Requested with Application

Applicants must complete the Pre-Award Risk Assessment questionnaire in JustGrants. The questionnaire will not be scored. The questions are listed in Appendix A of this NOFO.

## Summary Data Sheet

(1 to 4 pages maximum, single or double-spaced)

The Summary Data Sheet must be completed and submitted as an attachment under the Additional Application Components section in JustGrants.  Refer to Appendix B for the list of questions.

## Proposal Narrative

The Proposal Narrative may not exceed 10 pages.  The Proposal Narrative must include one of the three charts below and a short narrative addressing the questions below.  Applicants must upload the Proposal Narrative documents as attachments in JustGrants.

There are three separate charts: one for stand-alone domestic violence coalitions, one for stand-alone sexual assault coalitions, and one for dual domestic violence and sexual assault coalitions. This section must connect activities to the selected purpose areas and indicate which staff members will be engaged in the corresponding activities.

**Complete for stand-alone domestic violence coalitions only (only complete purpose area rows you plan to address in the project):**

| STOP Domestic Violence Coalition Purpose Areas | Grantee Activities Do not list goals or objectives. (Please list specific activities) | Staff Performing Activities (Name & Title) | Products Connected to Activities |
|---|---|---|---|
| Coordinating state or territory victim services activities. | | | |

| Collaborating and coordinating with federal, state, territory, and local entities engaged in addressing violence against women. | | | |
|---|---|---|---|

**Complete for stand-alone sexual assault coalitions only (only complete purpose area rows you plan to address in the project):**

| STOP Sexual Assault Coalition Purpose Areas | Grantee Activities Do not list goals or objectives. (Please list specific activities) | Staff Performing Activities (Name & Title) | Products Connected to Activities |
|---|---|---|---|
| Coordinating state or territory victim services activities. | | | |
| Collaborating and coordinating with federal, state, territory, and local entities engaged in addressing violence against women. | | | |
| SASP Coalition Purpose Areas | Grantee Activities Do not list goals or objectives. (Please list specific activities) | Staff Performing Activities (Name & Title) | Products Connected to Activities |
| Working with local sexual assault programs and other providers of direct services to encourage appropriate responses to sexual assault within the state or territory. | | | |
| Working with judicial or law enforcement agencies to encourage appropriate responses to sexual assault cases. | | | |
| Working with courts, child protective services agencies, and children's advocates to develop appropriate responses to child custody and visitation issues when sexual assault has been determined to be a factor. | | | |
| Designing and conducting public education campaigns. | | | |
| Planning and monitoring the distribution of grants and grant funds to the state or territory. | | | |

| Collaborating with and informing federal, state, or local public officials and agencies to develop and implement policies to reduce or eliminate sexual assault. | | | |
|---|---|---|---|

**Complete for dual coalitions only (only complete purpose area rows you plan to address in the project):**

| STOP Domestic Violence Coalition Purpose Areas | Grantee Activities Do not list goals or objectives. (Please list specific activities) | Staff Performing Activities (Name & Title) | Products Connected to Activities |
|---|---|---|---|
| Coordinating state or territory victim services activities. | | | |
| Collaborating and coordinating with federal, state, territory, and local entities engaged in addressing violence against women. | | | |
| **STOP Sexual Assault Coalition Purpose Areas** | **Grantee Activities Do not list goals or objectives. (Please list specific activities)** | **Staff Performing Activities (Name & Title)** | **Products Connected to Activities** |
| Coordinating state or territory victim services activities. | | | |
| Collaborating and coordinating with federal, state, territory, and local entities engaged in addressing violence against women. | | | |
| **SASP Coalition Purpose Areas** | **Grantee Activities Do not list goals or objectives. (Please list specific activities)** | **Staff Performing Activities (Name & Title)** | **Products Connected to Activities** |
| Working with local sexual assault programs and other providers of direct services to encourage appropriate responses to sexual assault within the state or territory. | | | |
| Working with judicial or law enforcement agencies to encourage appropriate responses to sexual assault cases. | | | |

| | | | |
|---|---|---|---|
| Working with courts, child protective services agencies, and children's advocates to develop appropriate responses to child custody and visitation issues when sexual assault has been determined to be a factor. | | | |
| Designing and conducting public education campaigns. | | | |
| Planning and monitoring the distribution of grants and grant funds to the state or territory. | | | |
| Collaborating with and informing federal, state, or local public officials and agencies to develop and implement policies to reduce or eliminate sexual assault. | | | |

In addition to completing the applicable chart, include a short narrative that:

1. If applicable, describes how the proposal will address priority one (human trafficking and transnational crime) and/or priority two (under-resourced rural and remote areas, Tribal nations, and small towns).

2. Describes what steps the applicant and any proposed partner(s) will take to make proposed services accessible to people with disabilities, people with limited English proficiency, and people who are Deaf or hard of hearing.

## Budget and Associated Documentation

OVW awards are governed by the provisions of 2 C.F.R. Part 200 and the DOJ Grants Financial Guide.

Applicants must submit a detailed budget and budget narrative and upload the applicable associated documentation under each heading, as described below. The budget worksheet and budget narrative will be reviewed separately from the Proposal Narrative. The associated documentation will not be scored, but failure to include it will result in a delay in access to funds.

For additional information on budget requirements and allowable costs, see the Budget Information, the Sample Budget Narrative (including Excel file), and the Creating a Budget webinar on the OVW website.

### Budget Worksheet and Budget Narrative

Applicants must upload in JustGrants a detailed budget and budget narrative for all applicable cost categories. OVW strongly encourages using a spreadsheet (e.g., Excel, Numbers, etc.) for the budget worksheet. The budget narrative must describe each line item requested in the budget and explain all costs included in the budget, including how the costs of goods and services are determined and how

they will fulfill the objectives of the project. Budgetary requirements vary among programs. The budget should be reasonable and based on the resources needed to implement the proposed project in the applicant's specific geographic location.

<u>Award Period and Amounts</u>

The award period is 12 months. Budgets, including the total "estimated funding" on the <u>SF-424</u> must reflect 12 months of project activity. OVW anticipates that the award period will start on October 1, 2025.

The FY 2025 allocations were not available when this NOFO was released. Applicants should use FY 2024 award amounts when submitting their applications. Applicants will be notified of the FY 2025 allocations when they become available. OVW will ensure that the FY 2025 awards reflect the FY 2025 allocation amounts.

OVW has the discretion to negotiate the scope of work and budget with applicants prior to an award and/or release of funding.

**The budget must:**

1. Present a clear link between the specific project activities and the proposed budget items. The budget should not contain items that are not supported by the Proposal Narrative.

2. Include funds to attend OVW-sponsored TTA in the amount of $5,000 for applicants located in the 48 contiguous states and $8,000 for applicants located in Puerto Rico, Guam, American Samoa, the Virgin Islands, the Northern Mariana Islands, Hawaii, and Alaska. This amount is for the entire 12-month project period. Applicants also may budget expenses in excess of the required amount if they are aware of relevant non-OVW sponsored conferences or training for which they would like permission to use grant funds to support staff/project partner attendance.

3. For sexual assault coalitions, clearly break out the STOP set-aside and the SASP set-aside funds.

4. For dual coalitions, clearly break out the STOP set-aside for domestic violence coalitions, the STOP set-aside for sexual assault coalitions, and the SASP set-aside funds.

5. Distinguish clearly between subawards and contracts in allocating any grant funds to other entities.

    a. Pursuant to 2 C.F.R. § 200.331, a subaward is for the purpose of carrying out a portion of the federal award, such as compensating an MOU partner; a contract is for the purpose of obtaining goods and services for the recipient's use.

    b. The substance of the relationship is more important than the form of the agreement in determining whether the entity receiving federal funds is a subrecipient or a contractor.

    c. The awarding and monitoring of contracts must follow the recipient's documented procurement procedures, including full and open competition, pursuant to the procurement standards and oversight requirements in 2 C.F.R. §§ 200.317-200.327.

    d. The issuance and monitoring of subawards must meet the requirements of 2 C.F.R. §§ 200.328-200.329 & 200.332, which includes oversight of subrecipient spending and overall performance to ensure that the goals of the subaward are achieved.

For more information on distinguishing between subawards and contracts, see the Budget Information, the Sample Budget Narrative, and the Application Companion Guide.

<u>Food and Beverage/Costs for Refreshments and Meals</u>

Recipients **must** receive prior approval before using grant funds to provide a working meal and/or refreshments at a meeting, conference, training, or other event. Food and beverages are generally considered personal expenses for which government funds should not be used. Exceptions may be made for working meals that are necessary to accomplish official business and enhance the cost effectiveness of the meeting or conference. Examples include, but are not limited to:

1. The location of the event is not in close proximity to food establishments, despite efforts to secure a location near reasonably priced and accessible commercial food establishments.
2. Failure to serve food will significantly lengthen the day or necessitate extending the meeting to achieve meeting outcomes.
3. A special presentation at a conference requires a plenary address where there is no other time for food to be obtained.
4. Other extenuating circumstances necessitate the provision of food.

Justification for an exception listed above must be included in the applicant's budget narrative, including relevant details about the applicant's community, such as a rural or remote location. For additional information on restrictions on food and beverage expenditures, see OVW Conference Costs Guidelines (posted on the OVW website).

<u>Conference Planning and Expenditure Limitations</u>

Applicants' budgets must be consistent with all requirements (including specific cost limits and prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (which is defined to include meetings, retreats, seminars, symposiums, training, and other similar events), and costs of attendance at such events. Information on conference planning, minimization of costs, and conference reporting is available at OVW Conference Planning.

<u>Indirect Cost Rate Agreement (If applicable)</u>

Applicants that intend to charge indirect costs through the use of a negotiated indirect cost rate must have a current, signed, federally approved indirect cost rate agreement and must upload and attach a copy of the agreement to their application in JustGrants. Applicants that do not have a current federal negotiated indirect cost rate (including provisional rate), may elect to charge a de minimis rate of up to 15% of modified total direct costs (MTDC).

Organizations that wish to negotiate an indirect cost rate should contact OVW's Grants Financial Management Division at OVW.GFMD@usdoj.gov or 1-888-514-8556 for more information.

<u>Financial Capability Questionnaire (if applicable)</u>

All nonprofit, nongovernmental organizations that apply for funding from OVW and have not previously (or within the last three years) received funding from OVW must complete an Applicant

Financial Capability Questionnaire and attach it to their application in JustGrants. In addition, applicants may be required to submit their current year's audit report at a later time.

<u>Nonprofits Only: Disclosure of Process for Setting Executive Compensation (if applicable)</u>

Nonprofit organizations that use the Internal Revenue Service's (IRS) Safe Harbor Procedure (described below) must submit a special disclosure to OVW (required by 34 U.S.C. § 12291(b)(15)(B)(iii)). All other applicants may skip this section.

**IRS Safe Harbor Procedure:** A nonprofit organization that provides unreasonably high compensation to certain executives may subject both the organization's managers and those who receive the compensation to additional federal taxes. However, the IRS may treat executive compensation levels as reasonable if the nonprofit organization satisfies certain rules set out in IRS regulations. These rules concern the organization's process for making compensation decisions and are known as the "three-step safe-harbor procedure" to create a "rebuttable presumption" of reasonableness for compensation of an organization's executives. See 26 C.F.R. § 53.4958-6.

**The special disclosure must** describe the process the applicant uses to determine the compensation of its officers, directors, trustees, and key employees. At a minimum it must describe (terms explained in IRS regulations are in italics):

1. the composition of the body that reviews and approves *compensation* arrangements for officers, directors, trustees, and key employees (covered individuals);

2. the methods and practices used by the organization to ensure that no individual with a *conflict of interest* participates in such review and approval;

3. the *appropriate data as to comparability* (obtained in advance) that the body uses to review and approve compensation arrangements for covered individuals; and

4. the records the applicant maintains as concurrent and adequate *documentation* of the body's decisions related to compensation, including records of deliberations and of the basis for decisions.

The disclosure must be uploaded as an attachment to the application in JustGrants, titled "Disclosure of Process Related to Executive Compensation." A sample disclosure is available on the OVW website.

**Note:** OVW is required by law to make the applicant's disclosure available for public inspection, if requested. In addition, if funded, the applicant must update its disclosure in certain circumstances (e.g., if it changes the way it determines compensation).

## **Additional Application Components**

The following documents must be uploaded and attached to the application in JustGrants. Failure to do so may result in a delay in access to funds.

Letter of Nonsupplanting

Applicants must attach a letter to OVW's Director, signed by the Authorized Representative, certifying that federal funds will not be used to supplant non-federal funds should a grant award be made. A sample Letter of Nonsupplanting is available on the OVW website.


Certification Regarding Out-of-Scope Activities

Applicants must attach a letter to OVW's Director, signed by the Authorized Representative, certifying that grant funds will not be used for the following out-of-scope activities:

1. Promoting or facilitating the violation of federal immigration law.

2. Inculcating or promoting gender ideology as defined in Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.

3. Promoting or facilitating discriminatory programs or ideology, including illegal DEI and "diversity, equity, inclusion, and accessibility" programs that do not advance the policy of equal dignity and respect, as described in Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*. This prohibition is not intended to interfere with any of OVW's statutory obligations, such as funding for HBCUs, culturally specific services, and disability programs.

4. Activities that frame domestic violence or sexual assault as systemic social justice issues rather than criminal offenses (e.g., prioritizing criminal justice reform or social justice theories over victim safety and offender accountability).

5. Generic community engagement or economic development without a clear link to violence prevention, victim safety, or offender accountability.

6. Programs that discourage collaboration with law enforcement or oppose or limit the role of police, prosecutors, or immigration enforcement in addressing violence against women.

7. Awareness campaigns or media that do not lead to tangible improvements in prevention, victim safety, or offender accountability.

8. Initiatives that prioritize illegal aliens over U.S. citizens and legal residents in receiving victim services and support.

9. Excessive funding for consulting fees, training, administrative costs, or other expenses not related to measurable violence prevention, victim support, and offender accountability.

10. Research projects.

11. Any activity or program that unlawfully violates an Executive Order.


**Note:** Nothing in this certification prohibits recipients from serving all eligible victims as required by statute, regulation, or award condition.

## Confidentiality Notice Form

All applicants are required to acknowledge that they have received notice that recipients and subrecipients must comply with the confidentiality and privacy requirements of VAWA, as amended. Applicants must upload and attach, under Additional Attachments in JustGrants, the completed acknowledgement form available on the OVW website. This form must be signed by the Authorized Representative.

## List of Coalition Board Members and Board Information

- List of Board members, including name, contact information, position on the Board (President, Vice President, Treasurer, Secretary, At Large), and indicate if the individual represents a member program, or is a community member.
- Board of Director Term (dates and length of term)

# Disclosures and Assurances

All applicants must review, complete, and submit all disclosures, assurances, and certifications in JustGrants as described below.

## Disclosure of Lobbying Activities (if applicable)

Applicants are required to complete and submit a lobbying disclosure form (Standard Form/SF-LLL) **IF** they have paid or will pay any person to lobby in connection with the award for which they are applying **AND** their application is for more than $100,000. This disclosure requirement is not applicable to such payments by an Indian Tribe, Tribal organization, or any other Indian organization that are permitted by other federal law. For this requirement, lobbying means influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress. (See 31 U.S.C. § 1352; 28 C.F.R. part 69.)

Applicants that are required to submit the SF-LLL must download the form from https://apply07.grants.gov/apply/forms/sample/SFLLL_2_0-V2.0.pdf, complete it, and upload it with their application when prompted to do so in JustGrants.

## Summary of Other Federal Funding

Applicants must disclose whether they have any of the following: 1) an OVW grant or cooperative agreement that is open or that closed within 12 months of the date this funding opportunity closes; 2) a subaward under an OVW grant or cooperative agreement that is open or that closed within 12 months of the date this funding opportunity closes; 3) a pending OVW application as either the lead applicant/potential recipient or as a partner/potential subrecipient; 4) a federal award to do the same or similar work; or 5) a pending federal application to do the same or similar work.

Applicants must provide this information by completing the Summary of Other Federal Funding form in the Disclosures and Assurances section of JustGrants during the application submission process.

DOJ Certified Standard Assurances

Applicants must read and acknowledge the DOJ Certified Standard Assurances in JustGrants, a copy of which is available here.

DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements

Applicants must read and acknowledge these DOJ certifications in JustGrants, a copy of which is available here.

# Submission Requirements and Deadlines

**To ensure that all required application items are submitted, refer to the Application Contents and Submission Checklist.**

**OVW will not accept applications after the deadline, unless there are extenuating circumstances that are beyond the applicant's control (e.g., JustGrants or Grants.gov technical issues).** Failure to begin the registration or submission process in sufficient time is not considered to be an issue outside of the applicant's control. OVW can confirm when each registration and/or submission action began. **Applicants that miss the application deadline will receive FY 2025 funds (if available) with their FY 2026 award.**

Note: Applications submitted by ineligible entities will not be considered for funding.

**Address to Request Application Package**

The complete application package (this NOFO, including links to required forms) is available on Grants.gov and on the OVW website. Applicants wishing to request a paper copy of these materials should contact OVW at 202-307-6026 or OVW.StateCoalitions@usdoj.gov.

## Prior to Application Submission

**Unique Entity Identifier (UEI) and System for Award Management (SAM)**

Entities applying for the first time must register with the following systems:

- SAM.gov: Registration with SAM.gov includes receiving a UEI and takes an average of **2 to 3 weeks.**
- Grants.gov: Registration with Grants.gov takes an average of **1 week.**
- JustGrants: Registration with JustGrants needs to be completed **ONLY** after successful submission of Step 1 of the application as described below under How to Apply.

**Note:** Registration time frames are estimates. Applicants experiencing registration challenges should contact the system's help desk for guidance on how to proceed.

Entities that have previously applied for funding from DOJ must ensure their accounts with SAM, Grants.gov, and JustGrants are active and up to date.

**All applicants must maintain active registration in SAM.gov with current information whenever they have a federal award or an application under consideration by a federal agency.** It is the applicant's responsibility to ensure that they are registered with SAM.gov, Grants.gov, and JustGrants. OVW strongly encourages all applicants to begin the registration process or ensure that all accounts are active and up to date, June 3, 2025. **Failure to do so will result in a delay in access to funds.**

## How to Apply

Step 1:

Submit the SF-424, which is generated when the applicant begins the submission process in Grants.gov. To view the form before completing it in Grants.gov, applicants should click the Package tab under the funding opportunity for which they are applying and select Preview. Preview then provides links to the form.

For Type of Applicant (box 9), do not select Other. The amount of federal funding requested in the "Estimated Funding" section of this form (box 18a) should match the amount of federal funding requested in the budget of the application. This program does not require a match; therefore, the value for the Applicant line (box 18b) should be zero. The individual who is listed as "**Authorized Representative"** (box 21) must have the authority to apply for and accept grant awards on behalf of the organization or jurisdiction.

**Intergovernmental Review (SF-424 Question 19):** This funding opportunity is subject to Executive Order (E.O.) 12372, Intergovernmental Review of Federal Programs. Applicants must check the Office of Management and Budget's website for the names and addresses of state Single Points of Contact (SPOC) under Intergovernmental Review. If the applicant's state appears on the SPOC list, the applicant must contact the state SPOC to comply with the state's process under E.O. 12372. In completing the SF-424, the applicant must make the appropriate selection in response to question 19 once it has complied with its state E.O. 12372 process. An applicant whose state does not appear on the SPOC list should answer question 19 by selecting the following response: "Program is subject to E.O. 12372 but has not been selected by the state for review."

Step 2:

Submit the full application, including attachments, in JustGrants at https://justicegrants.usdoj.gov/. Applicants begin Step 2 of the application submission process by reviewing the Standard Applicant Information in JustGrants, making edits as needed, confirming the Authorized Representative, verifying the legal name and address, and entering the ZIP code(s) for the areas affected by the project. OVW encourages applicants to review the JustGrants website for more information, resources, and training.

**Tip:** JustGrants functions better using a PC with Chrome or Edge web browser.

**Note that the Grants.gov and JustGrants deadlines are typically only a few days apart.**

## Submission Dates and Times

- Deadline to submit form SF-424 in Grants.gov: 11:59 pm ET on June 23, 2025
- Deadline to submit the full application in JustGrants: 8:59 pm ET on June 25, 2025

OVW strongly encourages all applicants to begin the submission process at least 48 hours prior to the Grants.gov application deadline. Failure to do so may result in missing the application deadline and a delay in accessing funds.

# Application Review Information

## Review Criteria

This is a formula grant program, and applications are not subject to peer review. However, applications are subject to a programmatic review to ensure that they are complete and meet statutory, regulatory, and other program requirements as described in this NOFO. If any required documents are missing, OVW will contact the applicant to request prompt submission of relevant documents. Failure to include required information at the time of submission may result in a delay in funding.

## Risk Review

Prior to making an award, OVW must evaluate the risk posed by applicants as described in 2 C.F.R. § 200.206(b), using the applicant's responses to the questions listed in Appendix A. OVW also must review and consider integrity and performance information about applicants that is available in SAM.gov. Applicants may review and comment on information about themselves that another federal awarding agency has previously entered. OVW considers the applicant's comments as well as other information available in SAM.gov in making its judgment about the risk posed by making an award to the applicant.

**High-Risk Recipients**

Based on DOJ's assessment of each recipient's current or past funding, unresolved audit issues, delinquent programmatic and fiscal reporting, and prior performance, a recipient may be designated "high-risk." Awards to high-risk recipients may carry special conditions such as increased monitoring and/or prohibitions on drawing down funds until certain requirements are met. High-risk recipients with substantial or persistent performance or compliance issues, long-standing open audits, or open criminal investigations may not be considered for funding.

# Award Notices

OVW notifies applicants through JustGrants (not Grants.gov) when they receive an award. Applicants then log into JustGrants to review and accept the award. The Authorized Representative must acknowledge that they have read and understood all sections of the award instrument and they must submit the required declaration and certification to accept the award. These steps must be completed electronically in JustGrants.

Availability of Funds

All awards are subject to the availability of appropriated funds as well as any modifications or additional requirements imposed by law. There is no guarantee that funds will be available in the future.

# Post-Award Requirements and Administration

## Administrative, National Policy, and Other Legal Requirements

Applicants selected for awards must agree to comply with additional legal, administrative, and national policy requirements. OVW strongly encourages applicants to review the information pertaining to these additional requirements prior to submitting an application. This information can be found in the section of the Application Companion Guide entitled "Requirements for All OVW Applicants and Recipients."

Terms and conditions for OVW awards are available on the OVW website. These terms are subject to change prior to the issuance of the awards.

Civil Rights and Accessibility

Recipients must comply with applicable federal civil rights laws and nondiscrimination provisions. Taken together, these federal laws prohibit recipients from discriminating either in *employment* (subject to an exemption for certain faith-based organizations) or in the *delivery of services or benefits* based on race, color, national origin, sex, religion, or disability, and in the delivery of services or benefits based on age. In addition, VAWA, as amended, includes a nondiscrimination provision that covers any program or activity funded in whole or in part by OVW. 34 U.S.C. § 12291(b)(13)(A).

*Sex-specific Programming*

Recipients may provide sex-segregated or sex-specific programming if doing so is necessary for the essential operation of a program (e.g., in the case of women's safety), so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. *Id.* § 12291(b)(13)(B). More information on these obligations is available in the Application Companion Guide.

Compliance with federal civil rights laws includes taking reasonable steps to ensure that persons with limited English proficiency (LEP individuals) have meaningful access to recipients' programs and

activities and to ensure that their programs and activities are readily accessible to people with disabilities, as well as people who are Deaf or hard of hearing.

**Serving victims effectively and supporting their safety and recovery requires programs to be accessible to people with disabilities and those who are Deaf or hard of hearing, to provide language access to LEP individuals, to ensure that any sex-segregated or sex-specific services are comparable, and generally to serve all survivors free from discrimination.**

## Post-Award Reporting Requirements

OVW recipients must submit semi-annual performance reports and quarterly Federal Financial Reports (SF-425). Performance report forms will be provided to all award recipients. Forms will be submitted electronically. Future awards and fund drawdowns may be withheld if reports are delinquent. For more information on post-award reporting requirements, including requirements for certain recipients to report information on civil, criminal, and administrative proceedings in SAM, see the Application Companion Guide and the award condition on recipient integrity and performance matters available on the OVW website.

# Other Information

## Public Reporting Burden - Paperwork Reduction Act Notice

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. OVW tries to create forms and instructions that are accurate, easily understood, and not unnecessarily burdensome. The estimated average time to complete and file this form is 30 hours. Comments regarding the accuracy of this estimate or suggestions for simplifying this form can be submitted to the Office on Violence Against Women, U.S. Department of Justice, 145 N Street, NE, Washington, DC 20530.

**Note: Any materials submitted as part of an application may be released pursuant to a request under the Freedom of Information Act.**

## Appendix A: Pre-Award Risk Assessment

**Note:** Applicants must complete this questionnaire in JustGrants. The questions listed below are for reference only. Each applicant must respond to each question. Do not submit responses from a prior fiscal year without updating them to be responsive to all questions listed in the questionnaire. This information will be used for a mandatory pre-award risk assessment. Failure to provide this information or to respond to questions from OVW regarding this information in a timely manner could result in the application being removed from consideration or a delay in access to funds. Provide complete responses that address all questions included for each numbered item.

1. Will all funds awarded under this program be maintained in a manner that they will be accounted for separately and distinctly from other sources of revenue/funding? Provide a brief description of the applicant's policies and procedures that ensure funds will be tracked appropriately.

2. Does the applicant have written accounting policies and procedures? How often are these policies and procedures updated? Provide a brief list of the topics covered in the applicant's policies and procedures. OVW may request a copy for review during the application/award process or as part of the grant monitoring process.

3. Is the applicant's financial management system able to track actual expenditures and outlays with budgeted amounts for each grant or subgrant? Provide a brief summary of the organization's process for tracking expenditures, including tracking budgeted versus actual amounts.

4. Does the applicant have procedures in place for minimizing the time between transfer of funds from the United States Treasury and disbursement for project activities? Provide a short summary of the applicant's policy for requesting payments for grant awards.

5. Does the applicant have effective internal controls in place to ensure that federal funds are used solely for authorized purposes? Provide a brief description of the applicant's internal controls that will provide reasonable assurance that the award funds will be managed properly.

6. Does the applicant have a documented records retention policy? If so, briefly describe the policy and confirm that the policy complies with federal regulations. Information on Record Retention and Access can be found at 2 C.F.R. 200.334-200.338.

7. Does the applicant or any of its employees have any potential personal or organizational conflicts of interest related to the possible receipt of OVW award funds? Applicants are required to disclose in writing any potential conflicts of interest to their awarding agency. See 2 C.F.R. 200.112 and Chapter 3.20, Grant Fraud, Waste and Abuse, of the DOJ Financial Guide for additional information.

8. Is the individual primarily responsible for fiscal and administrative oversight of grant awards familiar with the applicable grants management rules, principles, and regulations including the

Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 C.F.R. Part 200)? Provide a short list of the individual's qualifications/experience. If the individual is not familiar with the applicable rules and regulations, the applicant must contact OVW's Grants Financial Management Division at OVW.GFMD@usdoj.gov or 1-888-514-8556 immediately after the applicant is notified of its award to coordinate training.

9. Does the applicant have policies and procedures in place to manage subawards and monitor activities of subrecipients as necessary to ensure that subawards are used for authorized purposes, in compliance with laws, regulations, and terms and conditions of the award, and that established subaward performance goals are achieved (2 C.F.R. 200.331-200.333)? Provide a brief description of the organization's policies and procedures on subrecipient management and monitoring.

10. Does the applicant currently require employees to maintain time distribution records that accurately reflect the work performed on specific activities or cost objectives in order to support the distribution of employees' salaries among federal awards or other activities (2 C.F.R. 200.430)? Budget estimates do not qualify as support for charges to federal awards. Provide a brief description of the organization's established timekeeping policies and procedures.

11. Is the applicant designated as high risk by a federal agency outside of DOJ? (High risk includes any status under which a federal awarding agency provides additional oversight due to the applicant entity's past performance, or other programmatic or financial concerns with the applicant entity.) If so, provide the names(s) of the federal awarding agency, the date(s) the agency notified the applicant entity of the high-risk designation, contact information for the high risk point of contact at the federal agency, and the reason for the high risk status, as set out by the federal agency.

## Appendix B: Summary Data Sheet

The Summary Data Sheet must be completed and submitted as an attachment under the Additional Application Components section in JustGrants.

1. Provide the following information for the grant point-of-contact. This person must be an employee of the applicant.

   - Name
   - Title
   - Address
   - Telephone number
   - Email address

2. Is the applicant (the organization whose unique entity identifier is being used for the application) serving as a fiscal agent? A fiscal agent is an entity that does not participate in implementation of the project and passes **all** funds through to subrecipients, conducting minimal administrative activities. **Note: The fiscal agent must be an eligible applicant for the program.**

   - Yes – go to Q 2A & 2B
   - No

   2A.  List all subrecipients

   2B. Note: The applicant acknowledges that it will be responsible for all applicable statutory, fiscal, and programmatic requirements, including those of 2 C.F.R. Part 200, as well as all project deliverables.

3. Has the applicant expended $750,000 or more in federal funds in the applicant's past fiscal year?

   - Yes – go to 3A
   - No

   3A.  Specify the end date of the applicant's fiscal year.

4. Does the application substantively address one or both of the following priorities:

   - Measures to combat human trafficking and transnational crime, particularly crimes linked to illegal immigration and cartel operations, that support safety and justice for trafficking victims who have also suffered domestic violence, sexual assault, dating violence, and/or stalking.

- o   Yes
- o   No

- Projects to provide victim services, especially housing, and improve law enforcement
  response in rural and remote areas, tribal nations, and small towns that often lack
  resources to effectively combat domestic violence and sexual assault.

  - o   Yes
  - o   No

5. Is the applicant a nonprofit organization that holds money in offshore accounts for the purpose
   of avoiding paying the tax described in section 511(a) of the Internal Revenue Code?

   - Yes
   - No

6. Is the applicant a nonprofit organization that uses the Internal Revenue Service's three-step
   safe-harbor procedure to establish a rebuttable presumption that its executives' compensation
   is reasonable? For additional information about the safe-harbor procedure, see Disclosure of
   Process Related to Executive Compensation in the Budget and Associated Documentation
   section of this solicitation.

   - Yes
   - No

Note: The applicant must upload the required Disclosure of Process Related to Executive
Compensation in the Budget and Associated Documentation section of JustGrants.

7. Does the coalition act as a passthrough organization for STOP Formula or SASP Formula
   funding?

   - Yes
   - No

8. Identify which funds are being passed through (STOP, SASP, or both):