## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND COALITION
AGAINST DOMESTIC VIOLENCE, *et al*.,

      Plaintiffs,

*v.*

PAMELA BONDI, *et al*.,

      Defendants.

Civil Action No.
1:25-cv-00279-WES-AEM

### JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

The parties, by and through their undersigned counsel, respectfully move the Court to enter a scheduling order with the agreed-upon deadlines proposed below, and state:

1.     Plaintiffs filed the instant action on June 16, 2025 and moved for a preliminary injunction on June 26, 2025.  ECF Nos. 1, 15.  Plaintiffs object to eight out-of-scope funding activities and two certification requirements included in Defendants' fiscal year (FY) 2025 Notices of Funding Opportunities ("NOFOs"), and assert Administrative Procedure Act (APA), ultra vires, and constitutional claims for relief.  *See* ECF No. 34 at 8-9.

2.     On August 6, 2025, Defendants filed an unopposed motion to extend the deadline for Defendants to respond to the Complaint to September 19, 2025, on the basis that the Court's then-pending resolution of Plaintiff's Motion for Preliminary Injunction was likely to substantially affect subsequent proceedings in this litigation, and that extending time for Defendants to respond would likely conserve the Parties' and the Court's resources.  ECF No. 33.

1

3.      On August 8, 2025, the Court issued a Text Order granting Defendants' unopposed motion to extend the deadline for Defendants to respond to the Complaint.

4.      Also on August 8, 2025, the Court issued a Memorandum and Order granting in part and denying in part Plaintiffs' motion for preliminary injunction, finding that Plaintiffs were likely to succeed on the merits of at least one of their APA claims, and not evaluating Plaintiffs' ultra vires and Constitutional claims.  *See* ECF No. 34 at 8, 22, 26.

5.      Having reviewed the Court's Order, the parties anticipate that this case may be adjudicated on cross-motions for summary judgment after the administrative record is provided.

6.      The parties further agree that Defendants' obligation to answer or otherwise respond to the Complaint is stayed pending the Court's ruling on the parties' cross-motions for summary judgment.

7.      The parties further jointly propose the following briefing schedule:

a.  On or before September 24, 2025: Defendants file the administrative record.

b.  On or before October 22, 2025: Plaintiffs file their opening brief in support of their motion for summary judgment.

c.  On or before November 19, 2025: Defendants file their combined brief in opposition to Plaintiff's motion for summary judgment and in support of their cross-motion for summary judgment.

d.  On or before December 22, 2025: Plaintiffs file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment.

e.  On or before January 23, 2026:  Defendants file their reply in support of their cross-motion for summary judgment.

The parties respectfully request the Court grant the parties' motion and enter their proposed schedule.


Dated: September 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

*/s/ Kathryn Barragan*
KATHRYN BARRAGAN (BBO #714075)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for Defendants*



*/s/ Kristin Bateman*
Kristin Bateman (Cal. Bar No. 270913) ˙^
Robin F. Thurston (D.C. Bar No. 1531399) ˙
Skye L. Perryman (D.C. Bar No. 984573) ˙
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar No. 1016621) ˙
Lynn D. Eisenberg (D.C. Bar No. 1017511) ˙

Nina Cahill (D.C. Bar No. 1735989)ᐧ
Kyla M. Snow (OH Bar No. 96662)ᐧ
Brian C. Rosen-Shaud (ME Bar No. 006018)*^
Jacobson Lawyers Group PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*/s/ Lynette Labinger*
Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*/s/ Lauren A. Khouri*
Lauren A. Khouri (D.C. Bar No. 10282288)ᐧ
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
lkhouri@nwlc.org

ᐧ Admitted *pro hac vice*
^ Not admitted in the District of Columbia. Practice
supervised by members of the D.C. bar.

*Counsel for Plaintiffs*