# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND COALITION AGAINST
DOMESTIC VIOLENCE, *et al.*

        *Plaintiffs*,

   v.

PAMELA BONDI, *et al.*,

        *Defendants*.

Case No. 1:25-cv-00279

## ORDER

On or before **November 19, 2025**: Plaintiffs file their opening brief in support of their motion for partial summary judgment. Plaintiffs file an amended complaint.

On or before **December 23, 2025**: Defendants file their combined brief in opposition to Plaintiffs' motion for partial summary judgment and in support of their cross-motion for partial summary judgment. Defendants respond to the amended complaint

On or before **January 29, 2026**: Plaintiffs file their combined reply in support of their partial motion for summary judgment and opposition to Defendants' cross motion for partial summary judgment.

On or before **March 2, 2026**: Defendants file their reply in support of their cross-motion for partial summary judgment.

Date: 11/13/2025

_____

William E. Smith
Senior United States District Judge