IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>　　Defendants. | Civil Action No.<br>1:25-cv-00279 |

**ASSENTED-TO MOTION TO STAY BRIEFING DEADLINES**

　　Plaintiffs, by and through their undersigned counsel, respectfully move the Court to stay briefing deadlines pending Plaintiffs' forthcoming opposed motion to amend the complaint.

　　Good cause supports this request. Plaintiffs' motion for summary judgment is currently due on Friday February 13, 2026. Within the last week, Plaintiffs learned that Defendant OJP has issued grants with a new condition that is similar to the OVW grant conditions Plaintiffs challenge in this case. It would be an inefficient use of party resources to continue briefing summary judgment on the current complaint when the parties will need to restart briefing on a second amended complaint should the Court grant Plaintiffs leave to file it.

　　Though Defendants oppose Plaintiffs' forthcoming motion to amend the complaint, Defendants consent to this motion to stay the current briefing deadlines, as Defendants do not believe it would be an efficient use of party or judicial resources to proceed with briefing if additional claims may be added.

Dated: February 6, 2026  Respectfully submitted,

/s/ Kristin Bateman
Kristin Bateman (D.C. Bar No. 90037068)[+]
Robin F. Thurston (D.C. Bar No. 1531399)[+]
Skye L. Perryman (D.C. Bar No. 984573)[+]
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

/s/ Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar No. 1016621)[+]
Lynn D. Eisenberg (D.C. Bar No. 1017511)[+]
Nina Cahill (D.C. Bar No. 1735989)[+]
Kyla M. Snow (D.C. Bar No. 90036400)[+]
Brian C. Rosen-Shaud (D.C. Bar No. 90042065)[+]
Jacobson Lawyers Group PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

/s/ Amy R. Romero
Amy R. Romero (RI Bar # 8262)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

/s/ Lynette Labinger
Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

/s/ Lauren A. Khouri
Lauren A. Khouri (D.C. Bar No. 10282288)[+]
Elizabeth E. Theran (D.C. Bar No. 90030162)[+]

National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
lkhouri@nwlc.org
etheran@nwlc.org

[+] Admitted *pro hac vice*

*Counsel for Plaintiffs*