IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al*., <br><br>     Plaintiffs, <br><br> *v.* <br><br> TODD BLANCHE, *et al*., <br><br>     Defendants. | Civil Action No. <br> 1:25-cv-00279-MRD |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S APRIL 17, 2026 ORDER**

Defendants respectfully submit this Notice of Compliance to inform the Court of Defendants' actions to comply with the Court's April 17, 2026 Opinion & Order granting Plaintiffs' Motion for a Preliminary Injunction, ECF No. 63 ("Order").

1.      On April 17, 2026, the Court preliminarily stayed the Office of Justice Program's ("OJP") implementation of two award requirements pursuant to Section 705 of the APA. *Id.* The specific grant terms stayed are (1) the term "preventing grantees from using funds to provide domestic violence assistance services to a 'removable alien' pursuant to the Immigration and Nationality Act or any other 'unlawfully present' person in the United States;" and (2) the "grant certification requirement asking grantees to confirm that they do not engage in diversity, equity, or inclusion ("DEI") activities that violate federal antidiscrimination laws." *Id.* at 1–2. The stay applies to inclusion of the challenged terms in "three grant programs: (1) grants provided by the Victims of Crime Act ("VOCA"); (2) additional VOCA grants that provide services for victims of

1

crimes; and (3) Pet Shelter grants that provide funding for both survivors of domestic violence and their pets." *Id.* at 3.

2.      In issuing its Order, the Court emphasized that "[i]n *CASA*, the Supreme Court did not offer any guidance on how the limitations it placed on nationwide injunctions works in the context of the APA . . . [w]hile the Supreme Court did not answer this APA question, the Court can undoubtedly enjoin Defendants from imposing these Conditions on Plaintiffs themselves . . . [n]otwithstanding its authority to do so, the Court will nevertheless preliminarily stay Defendants' implementation of these Conditions pursuant to Section 705 of the APA." *Id.* at 12–13. Accordingly, Defendants understand the Court's Order as staying the effect of the challenged terms as to all grantees in the three grant programs—not solely to the Plaintiffs in this case.

3.      Undersigned counsel has consulted with OJP. OJP advises that on April 23, 2026, in accordance with the Order, its website was updated to provide notice to grantees. Specifically, OJP posted on its "Legal Notices" webpage that the two award requirements in the three challenged grant programs subject to the Court's order are stayed, using the following language as to both award requirements:

> Pursuant to a stay order issued on April 17, 2026, by the U.S. District Court for District of Rhode Island in *Rhode Island Coalition Against Domestic Violence et al. v. Blanche et al.*, 1:25-cv-00279-MRD-AEM, ECF No. 53 (D.R.I. 2025 April 17, 2026), DOJ has determined that it will not implement or enforce the above-listed award requirement as to the above-listed pertinent solicitation(s) while the stay order is in effect. If the status of applicable pending litigation changes, such that DOJ determines that it may and will implement or enforce this requirement, DOJ will provide advance written notice of such determination to affected recipients, including an indication of the effective date(s) for implementation thereof.

4.      The     "Legal     Notices"     webpage     is     available     here: https://www.ojp.gov/funding/explore/legal-notices.

2

5.      The "Legal Notices" webpage is incorporated by reference into OJP's grant award agreements.    *See* General Conditions for OJP Awards in FY 2025, at https://www.ojp.gov/funding/explore/legaloverview2025/mandatorytermsconditions (stating that information posted on a "webpage entitled 'Legal Notices: Special circumstances as to particular award conditions' (ojp.gov/funding/Explore/LegalNotices-AwardReqts.htm)" are "incorporated by reference into the award."). Therefore, the recent update to the "Legal Notices" webpage, by way of incorporation by reference into all affected OJP grant award agreements, provides notice and documentation that DOJ's determination not to implement or enforce the specified award requirements pursuant to the April 17, 2026, stay order is effectuated.

Dated: April 27, 2026                      Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General
                                           Civil Division

                                           ERIC J. HAMILTON
                                           Deputy Assistant Attorney General

                                           ANDREW WARDEN
                                           Assistant Branch Director

                                           */s/ Kathryn Barragan*
                                           KATHRYN BARRAGAN (BBO #714075)
                                           Trial Attorney, U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, N.W.
                                           Washington, D.C. 20005
                                           Tel.: (202) 598-7696
                                           Email: kathryn.e.barragan@usdoj.gov

                                           *Attorneys for Defendants*