IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*,<br><br>    Plaintiffs,<br><br>*v.*<br><br>TODD BLANCHE, *et al.*,<br><br>    Defendants. | Civil Action No.<br>1:25-cv-00279-MRD-AEM |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

The parties, by and through their undersigned counsel, respectfully move the Court to enter a scheduling order adopting the agreed-upon deadlines proposed below, and state as follows:

1.    At the joint request of the parties, the Court previously stayed the briefing schedule for cross-motions for summary judgment in this case to allow the parties to brief, and the Court to decide, a motion by Plaintiffs to file a second amended complaint. Text Order (Feb. 9, 2026).

2.    The Court has since granted Plaintiffs' motion to file a second amended complaint. Text Order (Apr. 8, 2026).

3.    The parties have conferred and agreed on a new schedule for cross-motions for summary judgment addressing all claims in the now-operative second amended complaint.

4.    In particular, the parties respectfully propose the following briefing schedule to fully resolve all claims in this case:

1

a. On or before May 22, 2026: Defendants file the administrative record as to the Immigration Condition described in paragraphs 180-187 of the Second Amended Complaint.

b. On or before June 12, 2026: Plaintiffs file a motion for summary judgment covering all claims.

c. On or before July 8, 2026: Defendants file their combined brief in opposition to Plaintiffs' motion for summary judgment and in support of their cross-motion for summary judgment.

d. On or before August 7, 2026: Plaintiffs file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment.

e. On or before September 4, 2026: Defendants file their reply in support of their cross-motion for summary judgment.

f. Defendants' obligation to answer or otherwise respond to the amended complaint is stayed pending the Court's resolution of the parties' cross-motions for summary judgment.

For the foregoing reasons, the parties respectfully request the Court grant the parties' motion and enter their proposed schedule.

Dated: May 20, 2026                    Respectfully submitted,

                                       BRETT A. SHUMATE
                                       Assistant Attorney General
                                       Civil Division

                                       ERIC J. HAMILTON
                                       Deputy Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

*/s/ Kathryn Barragan*
KATHRYN BARRAGAN (BBO #714075)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for Defendants*

*/s/ Kristin Bateman*
Kristin Bateman ((D.C. Bar No. 90037068)[+]
Robin F. Thurston (D.C. Bar No. 1531399)[+]
Skye L. Perryman (D.C. Bar No. 984573)[+]
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kbateman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar No. 1016621)[+]
Lynn D. Eisenberg (D.C. Bar No. 1017511)[+]
Brian C. Rosen-Shaud (D.C. Bar No. 90042065)[+]
Nina C. Cahill (D.C. Bar No. 1735989)[+]
Kyla M. Snow (D.C. Bar No. 90036400)[+]
Jacobson Lawyers Group PLLC
5100 Wisconsin Avenue, NW, Suite 301
Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
brian@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com
kyla@jacobsonlawyersgroup.com

*/s/ Amy R. Romero*

3

Amy R. Romero (RI Bar No. 8262)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*/s/ Lynette Labinger*
Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI

*/s/ Lauren A. Khouri*
Lauren A. Khouri (D.C. Bar No. 10282288)[+]
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
lkhouri@nwlc.org

[+] Admitted *pro hac vice*

*Counsel for Plaintiffs*

4