# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND COALITION AGAINST
DOMESTIC VIOLENCE, *et al.*

*Plaintiffs*,

v.

TODD BLANCHE, in his official capacity as
Acting Attorney General, *et al.*,

*Defendants*.

Case No. 1:25-cv-00279-MRD-PAS

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that Kyla M. Snow withdraws as counsel for Plaintiffs in this matter

because of her impending departure from Jacobson Lawyers Group, PLLC. Plaintiffs will

continue to be represented by other counsel of record in this case.

Dated: August 7, 2026

*/s/ Kyla M. Snow*
Kyla M. Snow (D.C. Bar No. 90036400)[+]
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave NW, Suite 301
Washington, DC 20016
(301) 823-1148
kyla@jacobsonlawyersgroup.com

[+] Admitted *Pro hac vice*