IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*,

Plaintiffs,

*v.*

TODD BLANCHE, *et al.*,

Defendants.

Civil Action No. 1:25-cv-00279-MRD-AEM

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move for an order extending their deadline to file their reply in support of their motion for summary judgment by 14 days, from September 4, 2026, to September 18, 2026. Plaintiffs do not oppose this request. In support of this motion, Defendants state as follows:

1. On June 12, 2026, the Court entered a briefing schedule for cross-motions for summary judgment, providing that:

   a. Plaintiffs would file their summary judgment motion no later than June 12, 2026;
   b. Defendants would file their combined opposition and cross-motion for summary judgment no later than July 8, 2026;
   c. Plaintiffs would file their combined opposition and reply no later than August 7, 2026; and
   d. Defendants would file their reply no later than September 4, 2026.

2. Consistent with that schedule, Plaintiffs filed their motion on June 12, 2026 (ECF

No. 71); Defendants filed their combined opposition and cross-motion on July 8, 2026 (ECF No. 72); and Plaintiffs filed their combined opposition and reply on August 7, 2026 (ECF No. 74).

3. Defendants have been diligently preparing their reply. However, good cause exists for a brief extension of the deadline. Undersigned counsel, the trial attorney assigned to this matter, has had unexpected emergency obligations in another matter, in addition to pressing deadlines in other ongoing litigation. Given the importance and complexity of the issues raised in the parties' cross motions, additional time is necessary to complete Defendants' reply without undue prejudice. Defendants have not previously sought any extension of deadlines related to the parties' cross-motions for summary judgment.

4. Defendants therefore respectfully request a 14-day extension of their deadline to file their reply in support of their cross-motion for summary judgment.

5. On August 31 and September 1, 2026, undersigned counsel conferred with Plaintiffs' counsel by email regarding this extension motion. Plaintiffs indicated that they do not oppose this request.

For these reasons, Defendants respectfully request that the Court extend their deadline to file their reply brief in support of their motion for summary judgment by 14 days, to September 18, 2026.

Dated: September 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ANDREW WARDEN

Assistant Branch Director

/s/ Kathryn Barragan
KATHRYN BARRAGAN (BBO #714075)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 1, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Kathryn Barragan*
KATHRYN BARRAGAN
Trial Attorney, U.S. Department of Justice