UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, et al.,
Plaintiffs,

v. CA No. 25-cv-279-MRD-AEM

TODD BLANCHE, et al.,
Defendants.

**JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Memorandum and Order entered September 29, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered in favor of Plaintiffs in this case.

It is so ordered.

September 29, 2026

By the Court:
/s/ Melissa R. DuBose
U.S. District Judge